IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

BRITAIN AUTO GROUP LLC,

*Plaintiff,*

v.

CASEY JACKSON AND CASEY JACKSON FORD, LLC,

*Defendants.*

CIVIL ACTION FILE NO.
3:26-CV-00056-TES

## ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING AND DISCOVERY ORDER

For good cause shown, the Court grants the parties' Joint Motion to Modify Scheduling and Discovery Order. The Court modifies the Scheduling and Discovery Order [Doc 12] as follows:

1. The time for discovery in this case will expire on January 29, 2027.
2. Any expert reports must be served on or before November 30, 2026.
3. All dispositive motions must be filed no later than March 1, 2027.
4. All *Daubert* motions must be filed no later than March 1, 2027.

**SO ORDERED,** this 15 day of October, 2026.

s/Tilman E. Self, III
Tilman E. Self, III, Judge
United States District Court